IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WILLIAM DAVID MORRISON and KIM L. MORRISON, : : : Plaintiffs, : : vs. : : BOB B. MANN, JR., M.D., : LISA KAY DOUTHITT PARSONS, : R.N. and PAPP CLINIC, P.C. : : Defendants. : : | CIVIL ACTION FILE NO.:  3:04-CV-023-JEC |

**DEFENDANTS BOB B. MANN, JR., M.D. AND PAPP CLINIC, P.C.'S RENEWED MOTION TO PROHIBIT GERARDO LIONEL SOTOMAYOR, M.D. FROM PROVIDING EXPERT TESTIMONY AT TRIAL AND REQUEST FOR WAIVER OF RULE 26 (a)(2) EXPERT WITNESS REPORT REQUIREMENTS**

COME NOW, Defendants Bob B. Mann Jr., M.D. (hereinafter "Dr. Mann") and

PAPP Clinic, P.C., (hereinafter "PAPP Clinic") pursuant to, *inter alia*, Federal Rule

37(c)(1) and Local Rule 26.2C , and file this Renewed Motion to Prohibit Gerardo

Lionel Sotomayor, M.D. From Providing Expert Testimony at Trial and Request for

-1-

Waiver of Rule 26(a)(2) Expert Witness Report Requirements, respectfully showing this Court as follows:

-1-

As set forth more fully in Dr. Mann and PAPP Clinic's supporting Memorandum of Law, filed concurrently herewith and incorporated by reference herein, Dr. Sotomayor should be prohibited from providing expert testimony at trial.

-2-

Defendants show that in Plaintiffs' Initial Disclosures and in Plaintiffs' discovery responses, Dr. Sotomayor was named only as a potential fact witness of Mrs. Morrison's medical condition prior to the incident involving Mr. Morrison, while Dr. Rottenberg, Dr. Lentini and Dr. Srinivasa were the expert witnesses that Plaintiffs designated. (See *Initial Disclosures of the Plaintiffs*, Attachments A and B; *Answers of William David Morrison and Kim L. Morrison to First Continuing Interrogatories to Plaintiffs by Defendants*, Numbers 1 and 6).

-3-

Discovery was initially scheduled to close in this case on July 27, 2004. This Court, upon Defendants' Motion to Extend Discovery, and over Plaintiffs' vehement objection thereto [25], extended discovery through and including October 1, 2004.

-4-

On November 15, 2004, in response to Defendants' Motion for Partial Summary Judgment, and more than six weeks after the close of the extended discovery period, Plaintiffs attempted to designate Dr. Sotomayor as an expert witness. (See p. 15 of Plaintiffs' *Memorandum of Law in Opposition to Motion for Partial Summary Judgment of Defendants Bob B. Mann, Jr., M.D., and PAPP Clinic, P.C.*, p. 15, and Dr. Sotomayor's supporting affidavit).

-5-

Plaintiffs' attempt to designate Dr. Sotomayor as an expert witness is improper under Federal Rule 26(a)(2), Federal Rule 26(e)(1), Federal Rule 26(e)(2), Federal Rule 37(c)(1) and Local Rule 26.2C.

-6-

Plaintiffs' untimely designation of Dr. Sotomayor is without substantial justification and Defendants would be unfairly prejudiced by Plaintiffs' improper designation of Dr. Sotomayor.

-7-

Defendants also request that the Court waive the expert witness report requirements contained in Federal Rule 26(a)(2), which said rule expressly permits the Court to do.

-8-

Defendants show that none of the parties have submitted a Rule 26(a)(2) report to date, and any such reports would be unnecessary given that each expert witness has already given his or her deposition testimony.

WHEREFORE, Dr. Mann and PAPP Clinic hereby respectfully request that this Court grant the following relief:

(a) Enter an order prohibiting Dr. Sotomayor from providing any expert testimony at the trial of this matter;

(b) Award Defendants all costs and reasonable attorney's fees incurred in bringing the instant Motion pursuant to Federal Rule 37(c)(1);

(c) Enter an order waiving the Rule 26(a)(2) expert witness report requirements as to all parties.

Respectfully submitted, this 4th day of May, 2006.

        WILLIS, MCKENZIE, DEGENNARO & ALFORD, LLP

        By:   /s/ Mark DeGennaro
             C. Jerry Willis
             Georgia Bar No. 766300
             Mark L. DeGennaro
             Georgia Bar No. 216020
             Attorneys for Defendants Bob B. Mann, Jr.,
             M.D. and Papp Clinic, P.C.

300 Smith Street
LaGrange, GA  30240
(706) 882-2942

mdegennaro@lag-law.com

## CERTIFICATE OF SERVICE

TROUP COUNTY, GEORGIA.

I, MARK DEGENNARO, of WILLIS, MCKENZIE, DEGENNARO & ALFORD, LLP, attorneys for named Defendants **BOB B. MANN, JR., M.D.** and **PAPP CLINIC, P.C.**, hereby certify that I have served a copy of **DEFENDANT BOB B. MANN, JR., M.D. AND PAPP CLINIC, P.C.'S RENEWED MOTION TO PROHIBIT GERARDO LIONEL SOTOMAYOR, M.D. FROM PROVIDING EXPERT TESTIMONY AT TRIAL AND REQUEST FOR WAIVER OF RULE 26(a)(2) EXPERT WITNESS REPORT REQUIREMENT** via U.S. Mail with sufficient postage affixed thereto to the following counsel:

Millard Farmer, Esq.  
151 Nassau Street  
P.O. Box 1728  
Atlanta, GA 30301-1728

Wayne D. McGrew, III, Esq.  
Stacy M. Blackman, Esq.  
Carlock, Copeland, Semler & Stair, LLP  
P.O. Box 56887  
Atlanta, GA 30343-0887

This 4th day of May, 2006.

/s/ Mark DeGennaro  
MARK DEGENNARO