IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WILLIAM DAVID MORRISON ) | |
| AND KIM L. MORRISON, ) | |
| ) | |
| Plaintiffs, ) | Civil Action File No. |
| ) | 3:04-CV-023-JEC |
| vs. ) | |
| ) | |
| BOB B. MANN, JR., M.D., LISA KAY ) | |
| DOUTHITT PARSONS, R.N. AND ) | |
| PAPP CLINIC, P.C., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT LISA KAY DOUTHITT PARSONS, RN'S RENEWED MOTION TO PROHIBIT GERARDO LIONEL SOTOMAYOR, M.D. FROM PROVIDING EXPERT TESTIMONY AT TRIAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

COMES NOW Defendant Lisa Kay Douthitt Parsons, RN and files this her Renewed Motion to Prohibit Gerardo Lionel Sotomayor, M.D. from Providing Expert Testimony at Trial and Memorandum of Law in Support Thereof and shows this Court as follows:

**STATEMENT OF FACTS AND PROCEDURAL POSTURE**

William David Morrison ("Mr. Morrison") and Kim L. Morrison ("Mrs. Morrison") filed the instant action alleging medical malpractice against

Defendants Bob B. Mann, Jr., M.D. ("Dr. Mann"), Lisa Kay Douthitt Parsons, R.N. ("Nurse Parsons") and the PAPP Clinic, P.C. ("the PAPP Clinic") on February 13, 2004.  Mr. Morrison is seeking to recover for certain injuries he claims to have suffered as the result of an HPV examination administered by Nurse Parsons on November 14, 2002.  In conjunction therewith, Mrs. Morrison is seeking to recover loss of consortium damages.

On or about October 22, 2004, Defendant Parsons filed a Motion for Partial Summary Judgment as to the Plaintiffs' claim for punitive damages **[32]**. Specifically, the Plaintiffs' claims for punitive damages failed to create a genuine issue of material fact in that the Plaintiffs failed to present clear and convincing evidence that any of the Defendants, including Nurse Parsons, displayed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences.

In response to Nurse Parsons' Motion for Partial Summary Judgment, the Plaintiffs filed a Memorandum of Law in Opposition **[61]**, along with a Traverse to Nurse Parsons' Statement of Material Facts **[62]**.   Attached to the Traverse, as "Attachment GLS" was what purported to be the Affidavit of Gerardo Lionel Sotomayor, M.D. **[62-1].**  On December 2, 2004, Nurse Parsons filed a Motion to

Strike the Affdiavit of Gerardo Lionel Sotomayor, M.D. and Brief in Support Thereof **[65]**.

On or about July 22, 2005, Judge Willis B. Hunt GRANTED Nurse Parsons' Motion for Partial Summary Judgment and GRANTED Nurse Parsons' Motion to Strike the Affidavit of Gerardo Lionel Sotomayor, M.D. holding that the Plaintiffs' identification of Dr. Sotomayor was untimely under the applicable Federal Rules **[91]**. However, Judge Hunt deferred ruling on whether Dr. Sotomayor could provide expert testimony at Trial until the pre-trial conference **[91]**.

On or about August 8, 2005, Judge Hunt entered an Order of Recusal, wherein he recused himself from this case **[92]**. In light of the recusal and in light of Plaintiffs' counsel's insistence that Dr. Sotomayor was a properly identified expert witness, Nurse Parsons sought the Court's ruling, once again, with regard to the Plaintiffs' untimely identification of Dr. Sotomayor as an expert witness **[97]**. This Honorable Court orally denied Nurse Parsons' Motion without prejudice **[105]**. The Court indicated, however, that Nurse Parsons could re-submit her Motion pertaining to Dr. Sotomayor in the even that mediation proved unsuccessful **[105].**

As stated in Plaintiffs' April 20, 2006 "Status Report", this case was not resolved at mediation **[112]**. Therefore, Nurse Parsons now renews her Motion to Prohibit Dr. Sotomayor from Providing Expert Testimony at the Trial of this case.

## ARGUMENT AND CITATION OF AUTHORITY

For purposes of brevity, Defendant Nurse Parsons hereby incorporates by reference and adopts in its entirety those facts, arguments, citations of authority, and supporting exhibits contained within the following previously filed pleadings:

1. Defendants Bob B. Mann, Jr., M.D. and PAPP Clinic, P.C.'s Motion to Prohibit Gerardo Lionel Sotomayor, M.D. from Providing Expert Testimony and Memorandum of Law in Support of the same **[93]**.

2. Defendant Lisa Kay Douthitt Parsons, RN's Motion to Strike the Affidavit of Gerardo Lionel Sotomayor, M.D., etc. **[65]**.

3. Defendant Lisa Kay Douthitt Parsons, RN's Motion to Prohibit Gerardo Lionel Sotomayor, M.D. from Providing Expert Testimony at Trial and Brief in Support Thereof **[97]**.

4.	Defendants Bob B. Mann, Jr. and PAPP Clinic, P.C.'s Renewed Motion to Prohibit Gerardo Lionel Sotomayor, M.D. From Providing Expert Testimony at Trial and Request for Waiver of Rule 26(a)(2) Expert Witness Report Requirements and Brief in Support Thereof **[113]**.

## **CONCLUSION**

WHEREFORE, Defendant Nurse Parsons respectfully requests that this Court enter an Order prohibiting Gerardo Lionel Sotomayor from testifying, as an expert witness, at the Trial of this case.

Respectfully submitted this 19th day of May, 2006.

                              CARLOCK, COPELAND,
                              SEMLER & STAIR, LLP


                          By:	/s/ Stacy M. Blackman
                              WAYNE D. MCGREW, III
                              Georgia State Bar No. 493216
                              STACY M. BLACKMAN
                              Georgia State Bar No. 349250
                              *Attorneys for Lisa Kay Douthitt Parsons*

2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303-1235
(404) 522-8220

## CERTIFICATE OF COUNSEL

I certify that this pleading meets all requirements of the Local Rule 5.1 of the United States District Court for the Northern District of Georgia, regarding margins and line spacing. Further, I certify that a thirteen (13) point Book Antigua font was used for this pleading.

This 19th day of May, 2006.

                                      CARLOCK, COPELAND,
                                      SEMLER & STAIR, LLP


                                By:   /s/ Stacy M. Blackman
                                         STACY M. BLACKMAN
                                         Georgia State Bar No. 349250
                                         *Attorney for Lisa Kay Douthitt Parsons*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served counsel for the opposing party with a copy of the within and foregoing pleading by depositing a copy of same in the United States mail in an envelope properly addressed to the following, with adequate postage thereon to ensure proper delivery:

*Millard Farmer*
*P.O. Box 1728*
*Atlanta, GA  30301-1728*

*C. Jerry Willis*
*Mark L. DeGennaro*
*Willis, McKenzie, DeGennaro & Alford*
*300 Smith Street*
*Lagrange, GA 30240*

This 19th day of May, 2006.

          CARLOCK, COPELAND,
          SEMLER & STAIR, LLP


        By: /s/ Stacy M. Blackman
           STACY M. BLACKMAN
           Georgia State Bar No. 349250
           *Attorneys for Lisa Kay Douthitt Parsons*

2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303-1235
(404) 522-8220

1979718v.1